No. 84–1751.  FLORIDA v. GREAT AMERICAN BANK OF BROWARD COUNTY ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 84–1785.  GORDON v. NATIONAL AERONAUTICS AND SPACE ADMINISTRATION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 84–5892.  MCMINN v. BATTISTI, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO.  C. A. 6th Cir.  Certiorari denied.

No. 84–6191.  JACKSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 84–6234.  EARLEY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 84–6268.  FRYE v. SIELAFF, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 84–6294.  ALMOND v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 84–6301.  HERRING v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 84–6396.  HILL v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 84–6407.  MCCLELLAND v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 84–6409.  SPIESS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 84–6414.  MARLOW v. TULLY, COMMISSIONER, DEPARTMENT OF TAXATION AND FINANCE OF NEW YORK STATE.  Ct. App. N. Y.  Certiorari denied.

No. 84–6416.  MITCHELL v. BREWER, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 84–6485.  LERNER v. GILL ET AL.  C. A. 1st Cir.  Certiorari denied.